NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSHUA RODRIGUEZ,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2012-3040

---

Petition for review of the Merit Systems Protection Board in case no. NY0752100081-I-1.

---

**JUDGMENT**

---

LAWRENCE BERGER, Mahon & Berger, of Glen Cove, New York, argued for petitioner.

MICHAEL P. GOODMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and STEVEN GILLINGHAM, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

   PER CURIAM (RADER, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

                    ENTERED BY ORDER OF THE COURT


November 14, 2012          /s/ Jan Horbaly
       Date                Jan Horbaly
                           Clerk